# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

145948

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GEORGE R. PAIGE,
      Plaintiff-Appellant,

v

SC: 145948
COA: 304300
Wayne CC: 10-012694-CH

EVERHOME MORTGAGE COMPANY and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the August 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325